UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAROLD LUCIA,

          Plaintiff,

    v.

NOVARTIS PHARMACEUTICALS CORPORATION,

          Defendant.

No. C12-0445RSL

ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF DR. KEITH SKUBITZ

     This matter comes before the Court on "Novartis Pharmaceuticals Corporation's Daubert Motion to Exclude Testimony of Plaintiff's Expert Dr. Keith Skubitz." Dkt. # 46. Plaintiff has not opposed the motion, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The motion to exclude the expert testimony of Dr. Skubitz is therefore GRANTED.

     DATED this 5th day of August, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO EXCLUDE
TESTIMONY OF DR. KEITH SKUBITZ