UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAROLD LUCIA,

              Plaintiff,

    v.

NOVARTIS PHARMACEUTICALS CORPORATION,

              Defendant.

No. C12-0445RSL

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on "Novartis Pharmaceuticals Corporation's Motion for Summary Judgment." Dkt. # 71. On August 5, 2013, the Court granted defendant's unopposed motion to exclude plaintiff's causation experts, leaving him unable to prove that defendant's medication caused plaintiff's osteonecrosis of the jaw. Defendant subsequently filed this motion for summary judgment. Plaintiff has not opposed the motion, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The motion for summary judgment is therefore GRANTED. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

Dated this 4th day of September, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT